DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TRAVIS JONES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2292

[November 2, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Edward H. Merrigan, Jr., Judge; L.T. Case No. 08-1554CF10A.

Travis Jones, Lake City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***